# N.D. Security Company,

134 East Shore Road
Denville, NJ 07834

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/27/2010 | 64382 |

Ofc Ph: (973) 625-5602

**PAST DUE**

| BILL TO |
|---|
| Lincoln Property Company<br>9 Entin Road<br>Parsippany, NJ 07054<br>Attn: Chris Radu |

RECEIVED
9 2010

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 30 Days |  |

| ITEM | QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
|  |  | Building: 436 Harrison Avenue Harrison NJ |  |  |
| MortiseTTurn | 1 | Mortise T Turn | 20.50 | 20.50T |
| IC Mortise Cylinder | 1 | IC Mortise Cylinder | 34.80 | 34.80T |
| IC Cores | 1 | IC Cores | 32.80 | 32.80T |
| Key Stock 4 | 3 | Keys Duplicated | 4.00 | 12.00T |
| SC5 |  | On site service call & Tech time<br>Chris Radu and Drew | 95.00 | 95.00T |
|  |  | NJ Sales Tax | 7.00% | 13.66 |

PAST DUE - IMMEDIATE ATTENTION REQUIRED

**Total** $208.76

**We appreciate your Business. Please help us keep your
account up to date and call our office at: (973) 625-5602.**

**TOWN OF HARRISON WATER DEPARTMENT**
318 HARRISON AVENUE
HARRISON, NJ 07029
(973) 268-2431

| SERVICE LOCATION | 436 Harrison Ave | | | | ACCOUNT NO. 5-1-65.02 | |
|---|---|---|---|---|---|---|
| SERVICE PERIOD | | METER READING | | BILLING DATE | | |
| SERVICE | FROM | TO | FROM | TO | CODE | AMOUNT |
| | | | | | CONSUMPTION | |

PAID 12/2/10

0500106502
12/02/10  4 6   12
WA PNLTY        41.99
SEWER          180.00
WATER          159.00
TOTAL          380.99

COMMENTS

DUE DATE

TOTAL AMOUNT DUE  380.99

THIS BILL IS NOW DUE AND PAYABLE. ADDITIONAL INFORMATION ON REVERSE SIDE.

```
                              BWE DEVELOPMENT 5-1-65.02
                              Paid $15.00
                              12/02/10 R20040
                               Check
:ECEIVED BY THE
,X COLLECTOR
F THE TOWN OF          DATE
,RRISON, N. J.         01-1840-00-0000-012  15.00
```

BWE Development, LLC  
ost of Sale           (5-1-65.02)

. 15.00

15.00



```
12/02/10                    TOWN OF HARRISON
                         Water Interest Calculations

Inquiry Date: 12/02/10

Account No. : 05 - 001 - 065.02   BWE DEVELOPMENT, LLC    Balance:      339.00
                                  436 HARRISON AVE

       DATE           BILLED          INTEREST            TOTAL

     12/31/08          56.50             8.33             64.83
     01/22/09          56.50             8.06            129.39
     02/20/09          56.50             7.71            193.60
     03/18/09          56.50             7.36            257.46
     04/20/09          56.50             6.96            320.92
     09/19/09          56.50             5.08            382.50
     09/21/09         -56.50            -5.00            321.00
     01/25/10          56.50             3.49            380.99


                      339.00            41.99            380.99

    T O  Select <RET>urn for one, <T>wo, <H>istory, <M>emo, <N>ew:
```

Dec/02/2010 16:18

**Check 2001**

MICHAEL A. TAYLOR
PATRICIA A. TAYLOR
193 PESTON DR.
GILLETE, NJ 07933

55-2/212

DATE 2/12/02

PAY TO THE ORDER OF: Town of Harrison   $380.99

Three Hundred, Eighty ——— 99/xx DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

MEMO 436 Harrison

⑆021200025⑈ 103021361954 26⑆  2001

---

**Check 2002**

MICHAEL A. TAYLOR
PATRICIA A. TAYLOR
193 PESTON DR.
GILLETE, NJ 07933

55-2/212

DATE 12/12/10

PAY TO THE ORDER OF: Town of Harrison   $15.00

Fifteen ——— 00/xx DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

MEMO 436 Harrison

⑆021200025⑈ 103021361954 26⑆  2002

# LPC Asset Services, LLC

## INVOICE

Date: September 10, 2010
Invoice No: HA0076-0710

**Property:** 436 Harrison Ave.

**Property Management Fee for July 2010**

Prorated 25 days $403.23

**Management Fee Due: $403.23 (see above)**

Please remit payments to:

LPC Asset Services, LLC
9 Entin Road
Parsippnay, NJ 07054

# LPC Asset Services, LLC

## INVOICE

Date: September 10, 2010
Invoice No: HA0076-0810

Property: 436 Harrison Ave.

**Property Management Fee for August 2010**

Fixed fee                               $500.00

*Management Fee Due: $500.00 (see above)*

Please remit payments to:

LPC Asset Services, LLC
9 Entin Road
Parsippnay, NJ 07054

# LPC Asset Services, LLC

## INVOICE

Date: September 10, 2010
Invoice No: HA0076-0910

Property:     436 Harrison Ave.

Property Management Fee for September 2010

Fixed fee                             $500.00

## Management Fee Due: $500.00 (see above)

Please remit payments to:

LPC Asset Services, LLC
9 Entin Road
Parsippnay, NJ 07054

# LPC Asset Services, LLC

## INVOICE

Date: October 10, 2010
Invoice No: HA0076-1010

**Property:** 436 Harrison Ave.

**Property Management Fee for October 2010**

Fixed fee $500.00

*Management Fee Due: $500.00 (see above)*

Please remit payments to:

LPC Asset Services, LLC
9 Entin Road
Parsippnay, NJ 07054

# LPC Asset Services, LLC

## INVOICE

Date: November 10, 2010
Invoice No: HA0076-1110

**Property:** 436 Harrison Ave.

**Property Management Fee for November 2010**

Fixed fee $500.00

*Management Fee Due: $500.00 (see above)*

Please remit payments to:

LPC Asset Services, LLC
9 Entin Road
Parsippnay, NJ 07054

# LPC Asset Services, LLC

## INVOICE

Date: December 7, 2010
Invoice No: HA0076-1210

**Property:** 436 Harrison Ave.

**Property Management Fee for December 2010**

Fixed fee $500.00

*Management Fee Due: $500.00 (see above)*

Please remit payments to:

LPC Asset Services, LLC
9 Entin Road
Parsippnay, NJ 07054